# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00628-CV

### In re The Texas Department of Family and Protective Services

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The Texas Department of Family and Protective Services filed a petition for writ of mandamus requesting that this Court vacate the trial court's orders on motion for reconsideration concerning fees for Dr. Richard Yuen and for clinical consultant determining that it is in the best interest of the child at issue in the underlying proceeding to obtain Dr. Yuen's services. On this record and given the circumstances present here, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Our temporary stay, ordered on October 16, 2023, is dissolved. *See id.* R. 52.10.

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Filed: December 15, 2023